CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JONAH P. ROSS (CABN 305076)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
jonah.ross@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICE DAVIS,<br><br>Defendant. | Case No. 4:24-MJ-70363 MAG<br>4:26-CR-00432 HSG<br><br>**GOVERNMENT'S SUPPLEMENTAL DETENTION MEMORANDUM**<br><br>Hearing Date: September 28, 2026<br>Hearing Time: 10:30 AM<br>Courtroom: 3, 3rd Floor<br><br>Hon. Thomas S. Hixson |

## I. INTRODUCTION

The government submits this supplemental memorandum to provide additional evidence regarding the allegation that, on January 8, 2024, defendant Patrice Davis used a Glock pistol to shoot and kill a person at the intersection of 14th Avenue and Foothill Boulevard in Oakland, CA. Davis was ultimately arrested in possession of this Glock pistol on March 6, 2024, and, in Case No. 4:24-mj-70363 MAG, he has been charged by complaint for possessing this firearm as a felon.

Further, the government provides additional evidence regarding Davis's failure to appear in Alameda County Court on January 25, 2024, for a case in which he has been charged with robbery inflicting bodily harm and assault with a firearm, among other felony charges.

Davis presents both a clear flight risk and an extraordinary danger to the community. Neither danger can be mitigated, and it is imperative that he be detained pending trial.

## II. BACKGROUND

Davis is charged in two cases, each alleging that he possessed a pistol as a felon. In Case No. 4:24-mj-70363 MAG, Davis possessed on March 6, 2024, a .45 caliber Glock pistol that the government alleges he had previously used to shoot and kill an innocent victim following a traffic collision on January 8, 2024.

### a. On January 8, 2024, Davis Shot and Killed a Man Following a Traffic Collision in Oakland; On March 6, 2024 Davis Was Arrested in Possession of the Firearm Used in the Murder

At around 7:00 p.m. on January 8, 2024, two men were traveling near the intersection of 14th Avenue and Foothill Boulevard in Oakland when their vehicle collided with a Harley Davidson motorcycle. The men exited their car to check on the motorcycle rider when a second man arrived in a dark sedan. The driver, described as a black male with a medium build and standing approximately six-feet tall, exited the dark sedan. The surviving victim reported that the driver of the dark sedan—who was the only person he saw in the dark sedan—appeared to know the motorcycle rider, who was yelling at the two men from the car. The driver of the dark sedan then pulled out a pistol and racked the slide. Seeing the pistol, the two men began to back up, and the man with the pistol began to fire shots at them. The two men ran to their vehicle and tried to drive away, but the man continued to fire shots at their vehicle. At least one bullet struck the driver in the back, and he crashed the vehicle. He died from the gunshot wound. Surveillance footage showed a black sedan that appeared consistent with the profile of a Porsche Panamera driving toward the scene of the shooting a minute before it occurred and traveling directly behind what appeared to by a Harley Davidson motorcycle:



Surveillance footage also captured the shooting itself, but the video was low quality. The video shows a motorcycle running a red light and then colliding with a vehicle in the intersection of 14th Avenue and Foothill Boulevard in Oakland, CA. The video shows a suspect exiting from a dark sedan, and the victims can be seen reentering their vehicle and fleeing, while pedestrians run for cover:



ShotSpotter—a gunshot detection technology that uses sensors to detect, locate, and alert police of gunfire in real time—registered eight gunshots occurring at 7:01 p.m. on January 8, 2024, at the intersection of 14th Avenue and Foothill Boulevard:




Officers arrived on scene and collected ten .45 caliber spent shell casings and observed a crashed Harley Davidson motorcycle. At the time, Davis was wearing a GPS ankle monitor as a condition of his parole. Data from the ankle monitor indicated that Davis's movements were consistent with the vehicle used by the shooter in the homicide. The following shows the data points from the time of the shooting, and the coordinates match the coordinates for 14th Avenue and Foothill Boulevard in Oakland. The data shows Davis arriving at a speed of 36 miles per hour:

**Tracks for DAVIS, PATRICE (BD1491)**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | TP195 | 01/08/2024 07:02:46 PM | • Trackpoint | 37.791127 | -122.2448 | 3 | 11 | 9 | 4 | 30 | |

https://www.veritracks.com/Enrollees.Offenders.Map.Print.htm?token=CN4IPaMKC85ggPeceT5tO7cZc7KIV57B3bojVgnMujgTA%2b9vsc%2fBnyO…

1/17/24, 9:00 PM Veritracks Enrollee Track

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | TP194 | 01/08/2024 07:01:46 PM | • Trackpoint | 37.790783 | -122.2438 | 36 | 13 | 9 | 4 | 30 | |

In interviews, the surviving victim and an additional witness each stated that the shooter—who they described as a black male who stood about six feet tall—came from the dark sedan, and they did not see anyone else in the sedan.

On January 15, 2024, at a residence associated with Davis (and where his GPS data placed him at various times), officers located a Porsche Panamera matching the appearance of the dark sedan seen in surveillance footage from the January 8, 2024, homicide:





In the vehicle, officers located a receipt from AutoZone at 7200 Bancroft Avenue, in Oakland, CA, and dated January 8, 2024, at 11:41 a.m.—the same day as the homicide.

Surveillance from the AutoZone appeared to show Davis entering the store at that time:



Further, data for the GPS monitor Davis wore placed him at the AutoZone at that time, and subsequently at the location at which the Porsche was recovered by the police.

Pursuant to a warrant, investigators also reviewed the contents of Davis's Instagram account, which included several photos of Davis in a Porsche Panamera that appeared to match the interior of the Porsche Panamera recovered by the police, including what appeared to be the same air fresheners. The following is from the investigator's Investigative Action Report:







When compared to the recovered Porsche Panamera from Davis yard it matches including the yellow and red air fresheners:





On March 6, 2024, federal law enforcement agents conducted an operation to arrest Davis. Davis, who was on parole, was the subject of an arrest warrant after he had absconded from state court and removed his ankle monitor. They located Davis—who was alone—at his storage unit in San Leandro, CA. Minutes before law enforcement arrived to detain him, surveillance video showed Davis drive up to his storage unit in a Chevrolet Silverado pickup truck before accessing the unit:



After detaining Davis, agents located in the pickup truck a .45 caliber Glock pistol (serial number BGBY091), loaded with 11 rounds of ammunition. Subsequent microscopic shell casing analysis indicated that the spent shell casings recovered at the scene of the January 8, 2024, murder were fired from this Glock pistol:

U. S. Department of Justice

Forensic Science Laboratory – Washington
6000 Ammendale Road
Beltsville, MD 20705
Phone: (301) 623-0980

# Laboratory Report

ANAB ISO/IEC 17025:2017 Accredited
Forensic Testing Laboratory

Special Agent Andrew Balady
Bureau of Alcohol, Tobacco, Firearms and Explosives
1301 Clay Street
Suite 670S
Oakland, CA 94612

**Date of Report:** September 5, 2025
**Case Number:** 2024-W-000150
**Submission(s):** 1,3
**Reference:** 24-06502
**Title:** DAVIS, Patrice
**Type of Exam:** Firearms

**EXHIBITS**

**Lab # – Agency #**

| | | |
|---|---|---|
| 1 | - (24) | Ten (10) caliber 45 Auto cartridge cases |
| 3 | - (1) | Glock, model 30 Gen 4, caliber 45 Auto pistol, serial number BGBY091 with one (1) ammunition magazine |

**RESULTS OF EXAMINATION**

This report refers to exhibits by Lab Number. The following results only apply to the items tested.

The Exhibit 3 pistol was test fired using the submitted ammunition magazine and found to be in operable condition. The test fires were designated as Exhibit 3.1.

The Exhibit 1 cartridge cases were identified as having been fired in the Exhibit 3 pistol. [Source identification]

See the Appendix of this report for further context regarding the conclusions listed above.

*These conclusions conform with the relevant Department of Justice policy on Uniform Language for Testimony and Reports available at www.justice.gov.*

The following techniques were used in the examination of one or more of the exhibits described above: visual/physical examination and microscopic comparison.

Further, in the storage unit, which Davis was accessing as the federal agents arrived, agents located two additional pistols and two AR-style firearms, as well as ammunition, ammunition magazines, a "brick" containing over 500 grams of cocaine, and a money counting machine:



Officers also recovered Davis's keys from the storage unit, which he admitted in a post-arrest interview were his. The key chain included a key to a Porsche, but Davis denied ever having been in a Porsche Panamera:




**b. On January 25, 2024, Davis Absconded from Court in Alameda County and a Bench Warrant Issued**

Davis's Pre-Bail Report stated that he had no failures to appear since 2011. That is not true. (The government understands that Pretrial Services subsequently alerted the Court to this error.) The

January 25, 2024, minutes from Alameda County case number 24-CR-000609 state that Davis failed to appear and a bench warrant issued.

24-CR-000609
CDM
Clerks Docket and Minutes
2740804

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA**
**CLERKS DOCKET AND MINUTES**

1. **WT:** **PO:** **Dept.** 115 **Court Date/Time:** 01/25/2024 - 09:00 AM
2. **Docket Name:** DAVIS, PATRICE **CEN:** 4356583
3. **HG Type:** Pretrial Hearing **PFN:** BJM348 **Docket:** 24-CR-000609

**HG Comments:**

4. CHARGES: 82 charge(s) **BAC:**

**001**: PC211-F-2: SECOND DEGREE ROBBERY
**001-E01**: PC1170(b)-F: VIOLENCE OR BODILY HARM - 4.421(A)(1)
**001-E02**: PC1170(b)-F: DEFENDANT ARMED OR USED A WEAPON - 4.421(A)(2)
**001-E03**: PC1170(b)-F: VIOLENT CONDUCT OF DEFENDANT - 4.421(B)(1)
**001-E04**: PC1170(b)-F: PRIOR CONVICTIONS OF DEFENDANT - 4.421(B)(2)
**001-E05**: PC1170(b)-F: PRIOR TERM IN PRISON OR COUNTY JAIL - 4.421(B)(3)
**001-E06**: PC12022.5(a)-F: SPEC ALLEG-USE OF FIREARM (12022.5 & 1203.06) (Enhancement)
**001-E07**: PC12022.53(b)-F: SPEC ALLEG-PERSONAL USE OF A FIREARM
**002**: PC211-F-2: SECOND DEGREE ROBBERY
**002-E01**: PC1170(b)-F: VIOLENCE OR BODILY HARM - 4.421(A)(1)
**002-E02**: PC1170(b)-F: DEFENDANT ARMED OR USED A WEAPON - 4.421(A)(2)
**002-E03**: PC1170(b)-F: VIOLENT CONDUCT OF DEFENDANT - 4.421(B)(1)
**002-E04**: PC1170(b)-F: PRIOR CONVICTIONS OF DEFENDANT - 4.421(B)(2)

See Complaint for additional charges

5. **Bail:** $100,000.00 **Bond Status / Amount:** BPNR $100K

**Time Waiver:** NTWPX60-01/18/2024 | NTWPX10-01/18/2024

**PROCEEDING**

6. **Judicial Officer:** Pereda, David ☐Video **Dep. DA:** Elaine ma ☐Video ***RADA***
7. **Dep Clerk:** Rios, Perla ☐Video **Def. Atty:** Nguyen, Hien Ngoc ☐Video ***RADC***
8. **Reporter:** Garcia, Gail ☐Video **Other:** ☐Video

**DEFENDANT:** ☐ Video ***RA***
☐Present ☐In Custody ***DEFTIC*** ☐Pro Per ☑Not Present ☐Excused ☐977 on file ☑Failed to Appear ***DEFTA***

Notes at the end of the minutes indicate what occurred on that date:

Bail was set by the court at $800K. Due to a clerical error, amount reflected $100K. Δ posted $100K and is o/c. Per counsel's representation, Δ was present in the courtroom before matter was called. Court & counsel had a side bar conversation. At the time matter was called, Δ was no longer in the courtroom. Per counsel's representation, Δ is wearing an ankle monitor and his location is not in close proximity. Bench warrant issues.

Future Hearings: Date/Time: **Jan 31 2024 9:00AM** Dept: **111** Proc: **Preliminary Hearing** – vacate

Continued: ☐Office to Send Notice ☐Deft to be Booked ***FIDEN***

Davis subsequently removed his ankle monitor, which he was not wearing at the time of his arrest on March 6, 2024.

/ / /

/ / /

/ / /

/ / /

## III. CONCLUSION

For the reasons set forth above, Davis presents a clear risk of flight and an extraordinary danger to the community. The Court should therefore detain Davis pending trial.

DATED: September 28, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/

JONAH P. ROSS
Assistant United States Attorney